**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1612**

---

CRYSTAL GAIL MANGUM,

        Plaintiff - Appellant,

    v.

OXYGEN MEDIA, LLC,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:21-cv-00337-D)

---

Submitted:  November 22, 2022           Decided:  November 28, 2022

---

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Crystal Gail Mangum, Appellant Pro Se.  Matthew Patrick McGuire, ALSTON & BIRD, LLP, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Gail Mangum appeals the district court's order dismissing Mangum's defamation complaint and declining to recuse. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mangum v. Oxygen Media, LLC*, No. 5:21-cv-00337-D (E.D.N.C. May 18, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*